UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEMARCO LADRELL                                              PETITIONER
MARQUIZ WOODARD

V.                                       CIVIL ACTION NO. 3:24-CV-579-KHJ-MTP

STATE OF MISSISSIPPI, et al.                                 RESPONDENTS

ORDER

Before the Court are pro se Petitioner Demarco Ladrell Marquiz Woodard's [7, 8, 9] Motions either to transfer this case or dismiss it without prejudice and [10] Motion to Stay.a

Woodard is a pretrial detainee at the Lauderdale County Detention Center, and he filed his [5] Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his state criminal proceedings. [5] at 1. He admits that he has not exhausted his state court remedies and seeks leave to do so. [8]. He asks the Court to transfer the [5] Petition to the correct state court, dismiss this case without prejudice, or stay the instant proceedings. [7]; [8]; [10] at 1, 3–4. The Court has considered Woodard's submissions and the relevant legal authority. The motions are granted to the extent that he asks to voluntarily dismiss this case without prejudice.

The Court GRANTS pro se Petitioner Demarco Ladrell Marquiz Woodard's [7, 8, 9, 10] Motions to the extent they seek voluntary dismissal. The Court

2

DISMISSES the case without prejudice. The Court will issue a separate final judgment consistent with this Order.

    SO ORDERED, this 25th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
