UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEMARCO LADRELL MARQUIZ WOODARD                                        PETITIONER

V.                                          CIVIL ACTION NO. 3:24-CV-579-KHJ-MTP

STATE OF MISSISSIPPI, et al.                                          RESPONDENTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 25th day of March, 2025.

                                          s/ *Kristi H. Johnson*
                                        UNITED STATES DISTRICT JUDGE